**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Stephanie Heizer (SBN: 023261)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
(480) 312-2548 (F)
legal@scottsdaleaz.gov
*Attorneys for Brian Steel, and Nicolas Fay*

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Yessenia Garcia, an individual,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>The City of Scottsdale, Brian Steel, Nick Fay, and Does 1 through 10, inclusive.<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-00914-SPL<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　Defendants Brian Steel, Nicolas Fay, and the City of Scottsdale and Plaintiff Yessenia Garcia (collectively "Parties"), by undersigned counsel, hereby give notice that the Parties have reached an agreement to settle this case. For this reason, the Parties request that the trial set for May 9, 2023 through May 12, 2023 be vacated, and that the Parties be given sixty (60) days to resolve contingencies and finalize settlement documents.

///

///

20027055.1　　　　　　　　　　　　　　　　1

RESPECTFULLY SUBMITTED this 6th day of April, 2023.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

*/s/ Lori S. Davis*
Lori S. Davis, Deputy City Attorney
Stephanie Heizer, Senior Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
*Attorneys for Defendants*

**LAW OFFICES OF DALE K. GALIPO**

*/s/ Eric Valenzuela (with permission)*
Dale K. Galipo
Eric Valenzuela
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing, and emailed a copy to:

Dale K. Galipo, *Pro Hac Vice*
Eric Valenzuela, *Pro Hac Vice*
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 210
Woodland Hills, CA 91367
dalekgalipo@yahoo.com
evalenzuela@galipolaw.com
*Attorneys for Plaintiff Yessenia Garcia*

Anthony J. Ramirez
WARNOCK MACKINLAY LAW, PLLC
7135 East Camelback Road, Suite F-240
Scottsdale, AZ 85251
anthony@4alg.com
*Attorneys for Plaintiff Yessenia Garcia*

20027055.1

2

Benjamin Taylor
TAYLOR & GOMEZ LAW
2600 North 44th Street, Suite B101
Phoenix, AZ 85008
BT@TaylorGomezLaw.com
*Attorneys for Plaintiff Yessenia Garcia*

*/s/ Brittany Leonard*
Scottsdale City Attorney's Office