IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yessenia Garcia,<br><br>　　　　　Plaintiff,<br>vs.<br><br>City of Scottsdale, et al.,<br><br>　　　　　Defendants. | No. CV-21-00914-PHX-SPL<br><br>**ORDER** |

The Court has been advised that the parties have reached a settlement in this case (Doc. 128). Accordingly,

**IT IS ORDERED** that this case will be dismissed *with prejudice* on **May 8, 2023** unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** that the trial, currently scheduled to begin May 9, 2023, is **vacated**.

Dated this 6th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　United States District Judge